**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-5028**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUADALUPE SALAZAR MENDEZ,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (CR-05-116)

---

Submitted:  March 27, 2006          Decided:  April 27, 2006

---

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jeffrey B. Welty, Durham, North Carolina, for Appellant.  Frank D. Whitney, United States Attorney, Anne M. Hayes, Christine Witcover Dean, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guadalupe Salazar Mendez pled guilty to possession of a firearm by an illegal alien, 18 U.S.C. § 922(g)(5) (2000), and was sentenced to a term of twelve months imprisonment. Mendez appeals his sentence, contending that the district court erred in deciding not to depart downward because of a mistaken belief that it lacked authority to depart based on Mendez's voluntary disclosure of the offense, U.S. Sentencing Guidelines Manual § 5K2.16, p.s. (2004), and erred in refusing to reduce his offense level to six under USSG § 2K2.1(b)(2) on the ground that he possessed the firearm for lawful sporting purposes. Mendez also argues that his sentence is unreasonable.

After thoroughly reviewing the parties' briefs, the record, and the district court's ruling in this case, we find no reversible error in the court's application of the Guidelines, and we find the sentence imposed by the district court to be reasonable. We therefore affirm the sentence imposed by the district court. We deny Mendez's motion to expedite oral argument, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED